UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

**SUSAN M. SMALLEY, ESQ.**
CHIEF U.S. PROBATION OFFICER

**DONALD L. MARTENZ, JR.**
SUPERVISING U.S. PROBATION OFFICER

**SHARON O'BRIEN**
SUPERVISING U.S. PROBATION OFFICER

March 10, 2020

109 U.S. COURTHOUSE
402 EAST STATE ST.
TRENTON, NJ
(609) 989-2071
FAX: (609) 989-2367

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
NEWARK, NJ 07102

www.njp.uscourts.gov

The Honorable Peter G. Sheridan
Senior United States District Judge
Clarkson S. Fisher Federal Building & Courthouse
402 East State Street
Trenton, New Jersey 08608

RE: **DELEON FREEMAN**
**DOCKET NO. 18-CR-750-1**
**Adjournment Request**

Dear Judge Sheridan:

Our office is currently in the process of preparing the presentence report for Deleon Freeman. Presently, Mr. Freeman is scheduled to appear before the Court for sentencing on April 14, 2020. We are respectfully requesting an additional 30-day adjournment to complete the presentence investigation report and submit to the parties in advance of sentencing.

Both the government and defense counsel have consented to a request for an adjournment.

If there is any additional information that the Court may need, the undersigned can be contacted at (609) 815-3329. Thank you in advance.

Respectfully,

*Danielle K. Vargas*

Danielle K. Vargas
U.S. Probation Officer

Cc: Olajide Araromi, AUSA
Michael Gilberti, Esq.
Donald L. Martenz, Jr., SUSPO
Maryellyn Muller, DCUSPO

*So Ordered*
*Peter Sheridan*
*3/11/2020*
Sentencing set for 6/3/2020 at 1:00 PM